**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Indictment |
| RONALD WATSON, A/K/A SARAH WATSON, A/K/A MIRANDA KYLE, A/K/A EMILY SMITH | No. **1 : 25 C R - 0 3 2 5**<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

### Count One

On or about July 25, 2020, in the Northern District of Georgia, the defendant, RONALD WATSON, a/k/a Sarah Watson, a/k/a Miranda Kyle, a/k/a Emily Smith, aided and abetted by others known and unknown to the Grand Jury, did maliciously damage, and attempt to damage, by means of fire and an explosive, a building and other personal and real property, in whole and in part owned and possessed by, and leased to, the United States, and a department and agency thereof, all in violation of Title 18, United States Code, Section 844(f)(1), and Section 2.

### Count Two

On or about July 25, 2020, in the Northern District of Georgia, the defendant, RONALD WATSON, a/k/a Sarah Watson, a/k/a Miranda Kyle, a/k/a Emily Smith, aided and abetted by others known and unknown to the Grand Jury, did willfully injure and commit, and attempt to injure and commit, a depredation

against property of the United States, and of a department and agency thereof, which resulted in damage to such property exceeding the sum of $1,000, all in violation of Title 18, United States Code, Section 1361, and Section 2.

## Forfeiture

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, RONALD WATSON, a/k/a Sarah Watson, a/k/a Miranda Kyle, a/k/a Emily Smith, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, including, but not limited to, a money judgment, that is, a sum of money in United States currency representing the amount of proceeds obtained as a result of said offense, and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violation.

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, RONALD WATSON, a/k/a Sarah Watson, a/k/a Miranda Kyle, a/k/a Emily Smith, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes, or is derived from, proceeds traceable to said violation, including, but not limited to, a money judgment, that is, a sum of money in United States currency representing the amount of proceeds obtained as a result of said offense.

2

If, any of the property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A _____True_____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

*[signature]*

MATTHEW S. CARRICO
*Assistant United States Attorney*
Georgia Bar No. 538608

3

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4