FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 04 2025

KEVIN P. WEIMER , Clerk

By: Cynthia Mercado
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

RONALD WATSON,
A/K/A SARAH WATSON,
A/K/A MIRANDA KYLE,
A/K/A EMILY SMITH

Criminal Action No.
1:25-cr-00325

### Government's Motion for Detention

The United States of America, by counsel, Theodore S. Hertzberg, United States Attorney, and Matthew S. Carrico, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

### Background

On the evening of July 25, 2020, approximately 100 protestors gathered outside of the Department of Homeland Security ICE Field Office (hereinafter, DHS Building) located at 180 Ted Turner Drive in Atlanta, Georgia. At approximately 11:30 pm, multiple protesters wearing dark clothing with their faces covered, scaled an exterior security fence and attacked the DHS Building. The individuals used rocks, cinder blocks, modified fireworks, Molotov Cocktails, and other materials to cause extensive damage to the DHS Building. The cost of the damage exceeded $78,000.

Following the attack the DHS Building, the FBI responded and processed the crime scene. In a hallway of the building lined with glass windows facing the

street, agents observed broken windows and broken glass inside the hallway. (See Exh. 1). Agents also observed a large quantity of blood inside the hallway and an intact Molotov cocktail near the wall opposite the broken window. Agents recovered a bottle of Expert brand grill lighter fluid with blood on it from the floor below a broken window inside the hallway. (See Exh. 2). Agents took DNA samples from blood found on additional items inside the hallway of the building and outside that area of the building: broken glass; window blinds; and the sidewalk outside the DHS building. FBI lab analysis showed that the blood on each of these items was consistent with originating from a single individual.

On December 2, 2022, WATSON was arrested by Tualatin Police Department in Tualatin, Oregon and charged with numerous state violations, including Assault of a Public Safety Officer (163.208), Use of Mace in the First Degree (163.213), and Theft in the First Degree (164.055).

On January 26, 2023, pursuant to a plea agreement, WATSON was sentenced to (30) days incarceration and three years of supervised probation for the violations. Pursuant to Watson's conviction, WATSON's DNA was obtained and entered into the FBI's Combined DNA Index System (CODIS). The Oregon State Police – Portland Metro Forensic Laboratory thereafter confirmed a match between WATSON's DNA and the DNA sample taken from inside the Hallway off of the lighter fluid bottle.

WATSON also has a history of inflammatory social media posts directed at ICE employees which shows motive for WATSON's involvement in the DHS attack. Specifically, on or about June 23, 2019, WATSON posted the names and pictures of four ICE employees on Facebook. The post contained the caption

"known ICE Agents in Columbus, GA." WATSON posted the pictures of the agents multiple times.  On another occasion WATSON re-posted a picture of a scene from the movie Inglorious Bastards where there is a man with a baseball bat standing in front of a man on his knees.  The man with the bat is getting ready to hit the man on his knees in the head with the bat.  In the photo WATSON re-posted an ICE jacket had been put on the man on his knees.  There is a picture of a bucket of ice with a caption that says "Crushed ice.  How most people make it." And Below the photo of the man with the bat and the ICE agent on his knees it said "How I prefer to make it."  One man commented that WATSON should not be making such posts to which WATSON responded "I've marched, thrown bricks, done other things not to be mentioned, raised awareness, promoted civil disobedience tactics, Doxxed people, signed petitions, contacted my senator and representative, don't tell me that I'm not taking action."

On or about January 12, 2024, WATSON petitioned the Circuit Court of The State of Oregon for a legal name and sex designation change. WATSON listed the Account as his contact number. The petition was granted, and WATSON is now legally recognized as EMILY SMITH with a legal sex designation of female.

On or about April 22, 2024, SMITH f/k/a WATSON, applied for a United States passport. SMITH listed MIRANDA KYLE AND EMILY LANGFORD as aliases.  SMITH provided an Oregon Identification Card as a supporting document for the passport application. SMITH's address was listed as "**Near** 1516 NE Hancock St APT 101, Portland, Oregon 97212-4493" (emphasis added), which lacks a fixed residence.

## Discussion

**1.      Eligibility of Case**

This case is eligible for a detention order because this case involves:

A crime of violence (18 U.S.C. § 3156);

A serious risk that the defendant will flee.

**2.      Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

Turning to the factors that this Court must consider under 18 U.S.C. § 3142(g): *First*, the nature and circumstances of the offense charged are very serious, and the offense is a crime of violence.  *Second*, because the defendant's DNA, and specifically a significant amount of the defendant's blood was found at the crime scene on windows that had been smashed and on a lighter fluid bottle that had been thrown into the hallway of the DHS building, the evidence against the defendant is very strong.  *Third*, the defendant's personal characteristics including the defendant's lack of permanent residence, use of multiple aliases and identities, and criminal history all favor detention.  *Fourth*, the defendant's criminal history of assault on a law enforcement officer coupled with the defendant's risk of flight demonstrate the serious danger the defendant poses to the community, and specifically law enforcement, if released.

**3.  Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the

defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

**4. Time for Detention Hearing**

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: September 4, 2025.

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-4633

Respectfully submitted,

THEODORE S. HERTZBERG
United States Attorney

MATTHEW S. CARRICO
Assistant U.S. Attorney
Ga. Bar No. 538608